1 | PAUL L. REIN, Esq. (SBN 43053)
AARON M. CLEFTON, Esq. (SBN 318680)
2 | REIN & CLEFTON, Attorneys at Law
200 Lakeside Drive, Suite A
3 | Oakland, CA  94612
Telephone:         510/832-5001
4 | Facsimile:          510/832-4787
info@reincleftonlaw.com
5
Attorneys for Plaintiff
6 | INDIA HARVILLE

7 | Joann Kingston, Esq. (State Bar No. 71496)
KINGSTON LAW OFFICE
8 | 4200 Park Blvd., Suite 271
Oakland, CA 94602
9 | Telephone: (510) 530-7800
kingstonlaw@comcast.net
10
Attorneys for Defendant,
11 | MICKI'S TOWING, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| INDIA HARVILLE | CASE NO. 4:20-cv-06966-KAW |
|---|---|
| Plaintiff, | <u>Civil Rights</u> |
| v. | **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE** |
| MICKI'S TOWING, INC., | Action Filed: October 6, 2020 |
| Defendant. | |
| Defendants. | |

## STIPULATION

Plaintiff INDIA HARVILLE ("Plaintiff") and Defendant MICKI'S TOWING, INC. ("Defendants") hereby stipulate and request pursuant to FRCP Rule 41(a) that the Court order that all of Plaintiff's claims in this action against Defendant be dismissed with prejudice.

**IT IS SO STIPULATED.**

//

//

1

| | | |
|---|---|---|
| 1 | Date: January 4, 2021 | REIN & CLEFTON |
| 2 | | |
| 3 | | _/s/ Aaron M. Clefton_ |
| | | By AARON M. CLEFTON, Esq. |
| 4 | | Attorney for Plaintiff |
| | | INDIA HARVILLE |

Date: January 4, 2021                                   KINGSTON LAW OFFICES


                                                        _/s/ Joann Kingston_
                                                        By: JOANN KINGSTON, ESQ.
                                                        Attorneys for Defendant
                                                        MICKI'S TOWING, INC.

## **FILER'S ATTESTATION**

Pursuant to Civil Local Rule 5-1, I hereby attest that on January 4, 2021, I, Aaron M. Clefton, attorney with Rein & Clefton, received the concurrence of Joann Kingston, Esq. in the filing of this document.

                      _/s/ Aaron M. Clefton_
                      AARON M. CLEFTON

STIP TO DISMISS
CASE NO. 4:20-cv-06966-KAW

**ORDER**

Pursuant to stipulation, and for good cause shown, IT IS SO ORDERED.

Dated: _____, 2021

_____
Honorable Kandis A. Westmore
United States Magistrate Judge