PAUL L. REIN, Esq. (SBN 43053)
AARON M. CLEFTON, Esq. (SBN 318680)
REIN & CLEFTON, Attorneys at Law
200 Lakeside Drive, Suite A
Oakland, CA  94612
Telephone:          510/832-5001
Facsimile:           510/832-4787
info@reincleftonlaw.com

Attorneys for Plaintiff
INDIA HARVILLE

Joann Kingston, Esq. (State Bar No. 71496)
KINGSTON LAW OFFICE
4200 Park Blvd., Suite 271
Oakland, CA 94602
Telephone: (510) 530-7800
kingstonlaw@comcast.net

Attorneys for Defendant,
MICKI'S TOWING, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INDIA HARVILLE<br><br>    Plaintiff,<br><br>    v.<br><br>MICKI'S TOWING, INC.,<br><br>    Defendant.<br><br>    Defendants. | CASE NO. 4:20-cv-06966-KAW<br><u>Civil Rights</u><br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE**<br><br>Action Filed: October 6, 2020 |

## **STIPULATION**

Plaintiff INDIA HARVILLE ("Plaintiff") and Defendant MICKI'S TOWING, INC. ("Defendants") hereby stipulate and request pursuant to FRCP Rule 41(a) that the Court order that all of Plaintiff's claims in this action against Defendant be dismissed with prejudice.

**IT IS SO STIPULATED.**

//

//

1

STIP TO DISMISS
CASE NO. 4:20-cv-06966-KAW

Date: January 4, 2021						REIN & CLEFTON

							  /s/ Aaron M. Clefton
							By AARON M. CLEFTON, Esq.
							Attorney for Plaintiff
							INDIA HARVILLE


Date: January 4, 2021						KINGSTON LAW OFFICES


							  /s/ Joann Kingston
							By: JOANN KINGSTON, ESQ.
							Attorneys for Defendant
							MICKI'S TOWING, INC.

### **FILER'S ATTESTATION**

Pursuant to Civil Local Rule 5-1, I hereby attest that on January 4, 2021, I, Aaron M. Clefton, attorney with Rein & Clefton, received the concurrence of Joann Kingston, Esq. in the filing of this document.

						/s/ Aaron M. Clefton
						AARON M. CLEFTON

**ORDER**

Pursuant to stipulation, and for good cause shown, IT IS SO ORDERED.

Dated: ~~January 7~~, 2021

_____
Honorable Kandis Westmore
United States Magistrate Judge

*IT IS SO ORDERED*
*Judge Kandis Westmore*

3

STIP TO DISMISS
CASE NO. 4:20-cv-06966-KAW